PEOPLE, Respondent, v. WARD, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 24, 1903.) Proceeding by the people of the state of New York against Peter Ward. No opinion. Judgment of conviction and orders affirmed.

PEOPLE, Respondent, v. WHITE, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 24, 1903.) Proceeding by the people of the state of New York against William J. White. No opinion. Judgment of conviction and order affirmed.

PEOPLE ex rel. BARNES, Respondent, v. WOLCOTT, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 17, 1903.) Proceeding by the people, on the relation of Willard A. Barnes, against Floyd D. Wolcott. No opinion. Order affirmed, with costs. See 60 N. Y. Supp. 862.

PEOPLE ex rel. BAXTER, Relator, v. GREENE, Com'r, Respondent. (Supreme Court Appellate Division, First Department. October 23, 1903.) Proceeding by the people, on the relation of William Baxter, against Francis V. Greene, as commissioner, etc. I. Wasservogel, for relator. T. Farley, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with costs.

PEOPLE, ex rel. BROOKLYN UNION GAS CO., Appellant, v. FEITNER et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 13, 1903.) Proceeding by the people. on the relation of the Brooklyn Union Gas Company, against Thomas L. Feitner and others, constituting the board of taxes and assessments of the city of New York. No opinion. Motion to amend order of reversal granted.

PEOPLE ex rel. CALDWELL, Relator, v. EUSTIS, Com'r, Respondent. (Supreme Court, Appellate Division, First Department. October 23, 1903.) Proceeding by the people, on the relation of Charles H. Caldwell, against John E. Eustis, as commissioner, etc. T. Farley, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with costs.

PEOPLE ex rel. CAPRON, Respondent, v. CLARK et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 27, 1903.) Proceeding by the people, on the relation of Albert S. Capron, against Orson Clark and another.

PER CURIAM. Judgment and determination reversed with costs and disbursements of this appeal, and writ dismissed with $50 costs and disbursements.

STOVER, J., not voting.

PEOPLE ex rel. COMMISSIONER OF PUBLIC CHARITIES, Repondent, v. THOMPSON, Appellant. (Supreme Court, Appellate Division, First Department. November 20, 1903.) Proceeding by the people, on the relation of the commissioner of public charities, on complaint of Carrie E. Thompson,

against Allan P. Thompson. A. Rosenthal, for appellant. H. Stiefel, for respondent. No opinion. Order affirmed.

PEOPLE ex rel. DEEVY, Relator, v. GREENE et al., Appellants. (Supreme Court, Appellate Division, First Department. November 6, 1903.) Proceeding by the people, on the relation of Jefferson Deevy, against Francis V. Greene and others. A. I. Elkus, for relator. T. Farley, for appellants. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. DONOVAN, Respondent, v. CANTOR et al., Appellants. (Supreme Court, Appellate Division, First Department. October 16, 1903.) Proceeding by the people, on the relation of Bartholomew Donovan, against Jacob A. Cantor, individually, etc., and others. No opinion. Motion to dismiss appeal granted, with $10 costs.

PEOPLE ex rel. EDISON ELECTRIC ILLUMINATING CO. OF BROOKLYN v. FEITNER et al. (Supreme Court, Appellate Division, First Department. November 20, 1903.) Proceeding by the people, on the relation of the Edison Electric Illuminating Company of Brooklyn, against Thomas L. Feitner and others. No opinion. Motion granted for leave to go to Court of Appeals. Question to be settled upon settlement of order.

PEOPLE ex rel. LEHMAIER, Appellant, v. INTERURBAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. November 6, 1903.) Proceeding by the people, on the relation of James S. Lehmaier, against the Interurban Street Railway Company. No opinion. Motion denied, with $10 costs.

PEOPLE ex rel. LORD v. FEITNER et al. (Supreme Court, Appellate Division, First Department. November 13, 1903.) Proceeding by the people, on the relation of Elizabeth S. Lord, against Thomas L. Feitner and others. No opinion. Application dismissed.